UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED U.S. DISTRICT COURT
OCT -9 PM 4: 41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DISMISSAL ORDER |
| | ) | |
| v. | ) | |
| | ) | CR 406-352 |
| **DOMINIQUE J. MCKNIGHT** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this 9th day of October, 2007.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA